**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
District of __Colorado__
(State)

Case number (if known): _____  Chapter _____

19-12400 JGR

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: **Skyfuel, Inc.**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

   d/b/a ReflecTech

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown

   __64__ - __0954414__
   EIN

5. Debtor's address

   **Principal place of business**

   | 200 | Union Blvd. |
   |---|---|
   | Number | Street |

   Suite 590

   | Lakewood | CO | 80228 |
   |---|---|---|
   | City | State | ZIP Code |

   Jefferson
   County

   **Mailing address, if different**

   | 200 | Union Blvd. |
   |---|---|
   | Number | Street |

   Suite 530
   P.O. Box

   | Lakewood | CO | 80228 |
   |---|---|---|
   | City | State | ZIP Code |

   **Location of principal assets, if different from principal place of business**

   | | |
   |---|---|
   | Number | Street |

   | | | |
   |---|---|---|
   | City | State | ZIP Code |

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor **Skyfuel, Inc.** Case number (if known) _____

6. Debtor's website (URL) www.skyfuel.com

7. Type of debtor
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

### Part 3: Report About the Case

10. Venue

    *Check one:*
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Skyfuel, Inc.
_____
Name

Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| SEE TABLE ATTACHED | | $ 216,910.41 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 216,910.41 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Nathan Schuknecht
_____
Name

2310  Table Heights Drive
_____
Number   Street

Golden              CO        80401
_____
City                State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/11/2019
              MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Jonathan M. Dickey
_____
Printed name

Buechler Law Office, L.L.C.
_____
Firm name, if any

999  18th Street, Suite 1230-S
_____
Number   Street

Denver              CO        80202
_____
City                State     ZIP Code

Contact phone  720-381-0045    Email jonathan@kjblawoffice.com

Bar number  46981

State  CO

X _____
Signature of attorney

Date signed  3/29/19
              MM / DD / YYYY

Debtor: Skyfuel, Inc.

Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: Matthew Gray
Number: 913   Street: Eldorado Lane
City: Louisville   State: CO   ZIP Code: 80027

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number: ___ Street: _____
City: _____ State: ___ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/28/2019

X _____ /s/ Signature of petitioner or representative, including representative's title

---

Printed name: Jonathan M. Dickey
Firm name, if any: Buechler Law Office, L.L.C.
Number: 999   Street: 18th Street, Suite 1230-S
City: Denver   State: CO   ZIP Code: 80202
Contact phone: 720-381-0045   Email: jonathan@kjblawoffice.com
Bar number: 46981
State: Colorado

X _____ /s/ Signature of attorney

Date signed: 3/29/19

---

**Name and mailing address of petitioner**

Name: Wurth Timberline Fasteners, Inc.
Number: 6195   Street: Clermont Street
City: Commerce City   State: CO   ZIP Code: 80022

**Name and mailing address of petitioner's representative, if any**

Name: Debra Wolfe, CFO
Number: 6195 Street: Clermont Street
City: Commerce City   State: CO   ZIP Code: 80022

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/26/19

X _____ /s/ Signature of petitioner or representative, including representative's title

---

Printed name: Jonathan M. Dickey
Firm name, if any: Buechler Law Office, L.L.C.
Number: 999 Street: 18th Street, Suite 1230-S
City: Denver   State: CO   ZIP Code: 80202
Contact phone: 720-381-0045   Email: jonathan@kjblawoffice.com
Bar number: 46981
State: CO

X _____ /s/ Signature of attorney

Date signed: 3/29/19

---

Debtor   Skyfuel, Inc.                                    Case number (if known) _____

---

**Name and mailing address of petitioner**

HAWE North America, Inc.
*Name*

9009-K  Perimiter Woods Drive
*Number  Street*

Charlotte            NC        28216
*City*              *State*    *ZIP Code*

**Name and mailing address of petitioner's representative, if any**

Kristina Smith, CFO
*Name*

9009-K  Perimiter Woods Drive
*Number  Street*

Charlotte            NC        28216
*City*              *State*    *ZIP Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/19/2019
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Jonathan M. Dickey
*Printed name*

Buechler Law Office, L.L.C.
*Firm name, if any*

999 18th Street, Suite 1230-S
*Number  Street*

Denver               CO        80202
*City*              *State*    *ZIP Code*

Contact phone  720-381-0045   Email  jonathan@kjblawoffice.com

Bar number  46981

State  CO

X _____
Signature of attorney

Date signed  3/29/19
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

The Kinetic Co., Inc.
*Name*

6775  West Loomis Road
*Number  Street*

Greendale            WI        53129
*City*              *State*    *ZIP Code*

**Name and mailing address of petitioner's representative, if any**

Jared Masters, President
*Name*

PO Box 200
*Number  Street*

Greendale            WI        53129
*City*              *State*    *ZIP Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2019
             MM / DD / YYYY

X _____  President
Signature of petitioner or representative, including representative's title

---

Jonathan M. Dickey
*Printed name*

Buechler Law Office, L.L.C.
*Firm name, if any*

999  18th Street, Suite 1230-S
*Number  Street*

Denver               CO        80202
*City*              *State*    *ZIP Code*

Contact phone  720-381-0045   Email  jonathan@kjblawoffice.com

Bar number  46981

State  CO

X _____
Signature of attorney

Date signed  3/29/19
             MM / DD / YYYY

## Skyfuel, Inc. Involuntary Petition
## Calculation of Claims of Petitioning Creditors

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| HAWE North America, Inc. | Trade Debt | $59,990.45 |
| The Kinetic Co., Inc. | Trade Debt | $30,420.00 |
| Timberline Fasteners, Inc. | Trade Debt | $72,693.96 |
| Nate Schuknecht | Wages | $38,090.00 |
| Matthew Gray | Wages | $15,716.00 |
| **Total of Petitioners' Claims** | | **$216,910.41** |