# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SKYFUEL, INC., ) | Case No. 19-12400-JGR |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER GRANTING MOTION FOR ENTRY OF ORDER FOR RELIEF

THIS MATTER having come before the Court on the Petitioning Creditors, Nathan Schuknecht, Matthew Gray, Wurth Timberline Fasteners, Inc., Hawe North America, Inc., and The Kinetic Co., Inc., Motion for the Entry of the Order for Relief in this Involuntary Bankruptcy Case, the Court having reviewed the Motion, does hereby

FIND that service of the Involuntary Petition and Summons was effected upon the Debtor pursuant to Fed.R.Bankr.P. 1010 and 7004. No response has been filed by the Debtor or any other party to the Involuntary Petition and Summons. The Court

ORDERS that the Motion is GRANTED. The Court will issue a separate Order for Relief in this Chapter 11 case.

Dated: April 23, 2019

BY THE COURT:

_____
Joseph G. Rosania, Jr.
U.S. BANKRUPTCY JUDGE