**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | ) |
| | ) |
| SKYFUEL, INC., | ) Bankruptcy Case No. 19-12400-JGR |
| | ) |
| | ) Involuntary Chapter 11 |
| Debtor(s). | ) |
| | ) |
| Employer's Tax Identification | ) |
| No. [if any]: 64-0954414 | ) |
| | ) |

**ORDER FOR RELIEF AND PROCEDURE IN**
**INVOLUNTARY CASE**

On consideration of the petition filed on March 29, 2019 against the above-named Debtor(s), and no pleading or other defense thereto having been filed within the time provided by FED.R.BANKR.P. 1011(b), an Order for Relief must be entered pursuant to FED.R.BANKR.P. 1013(b).  In order to comply with FED.R.BANKR.P. 2003(a), the United States Trustee shall call a meeting of creditors to be held no more than forty days after the Order for Relief.  In addition, FED.R.BANKR.P. Rule 2002(a)(1), requires the Clerk provide not less than twenty-one (21) days notice of said meeting of creditors.  Therefore, it is

ORDERED that an Order for Relief under Chapter 11 of Title 11 of the United States Code is hereby GRANTED; and it is

FURTHER ORDERED that pursuant to FED.R.BANKR.P. 1007(b) and the Local Rules of this Court, Debtor(s) shall file a creditors' mailing address matrix on or before **April 30, 2019** and the schedules, statement(s) of affairs and other required documents on or before **May 7, 2019** and it is

FURTHER ORDERED that in the event Debtor does not comply with FED.R.BANKR.P. 1007(b) by timely filing schedules and statements, the Petitioning Creditors shall, pursuant to FED.R.BANKR.P. 1007(k), file statements, lists, schedules and creditors' matrix on behalf of the estate **May 21, 2019.**

Dated this 23rd day of April, 2019.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge