**UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| SKYFUEL, INC., ) | Case No. 19-12400-JGR |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF MOTION OF DEBTOR'S MOTION TO APPROVE RETAINER TO AKERMAN LLP, COUNSEL FOR THE DEBTOR**

**OBJECTION DEADLINE: SEPTEMBER 27, 2019**

NOTICE IS HEREBY GIVEN that SkyFuel, Inc., debtor and debtor-in-possession ("SkyFuel" or "Debtor") in the above-referenced case ("Case"), filed a Motion [ECF No. 112] (the "Motion") to Approve Retainer to Akerman LLP, Counsel for the Debtor ("Akerman") with the Bankruptcy Court and requests the following relief:

As more fully detailed in the Motion, the Debtor requests entry of an Order approving payment of a retainer to Akerman in the amount of $25,000, and approval to apply the retainer to its fees and expenses, <u>but only</u> after such fees and expenses have been approved and authorized by this Court as required by 11 U.S.C. §§ 330 and 331, or as may be allowed by an interim compensation order.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the addresses indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED this 6th day of September, 2019.   AKERMAN LLP

                                        */s/ Amy M. Leitch*
                                        David W. Parham, SBN: 15459500
                                        2001 Ross Avenue, Suite 3600
                                        Dallas, TX  75201
                                        Telephone:   (214) 720-4300
                                        Facsimile:   (214) 981-9339
                                        david.parham@akerman.com

                                        *and*

50073032;1

- 2 -

                                        Amy M. Leitch, #46837
                                        50 North Laura Street, Suite 3100
                                        Jacksonville, FL 32202
                                        Telephone: (904) 798-3700
                                        Facsimile: (904) 798-3730
                                        amy.leitch@akerman.com

                                        COUNSEL FOR DEBTOR AND
                                        DEBTOR-IN-POSSESSION