## UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| SKYFUEL, INC., | ) Case No. 19-12400-JGR |
| | ) Chapter 11 |
| Debtor. | ) |

## DEBTOR'S STATUS REPORT

SkyFuel, Inc., debtor and debtor-in-possession ("SkyFuel" or "Debtor") in the above-referenced case ("Case"), hereby files this *Status Report* and, in support thereof, the Debtor respectfully states as follows:

1. On March 10, 2021, the Court conducted a telephonic hearing (the "Hearing") to consider final approval of the Debtor's Disclosure Statement and confirmation of Debtor's Plan of Reorganization and objections filed in relation thereto.

2. During the Hearing, the Debtor reported to the Court that the Debtor resolved the objections with the objecting parties, subject to the parties working together on the submission of agree-upon provisions in the proposed confirmation order for the Court's consideration (the "Proposed Confirmation Order").

3. Reserving all rights on behalf of the Debtor, the Debtor further reports that the Debtor anticipates it will submit the Proposed Confirmation Order no later than March 31, 2021, as additional time is needed to finalize provisions in the Proposed Confirmation Order with respect to one party in interest.

DATED this 29th day of March, 2021.        AKERMAN LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Amy M. Leitch*
　　　　　　　　　　　　　　　　　　　　　　　　　　　David W. Parham, SBN: 15459500
　　　　　　　　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 3600
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 720-4300
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 981-9339
　　　　　　　　　　　　　　　　　　　　　　　　　　　david.parham@akerman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*and*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Amy M. Leitch, #46837
　　　　　　　　　　　　　　　　　　　　　　　　　　　50 North Laura Street, Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (904) 798-3700
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (904) 798-3730
　　　　　　　　　　　　　　　　　　　　　　　　　　　amy.leitch@akerman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*COUNSEL FOR DEBTOR AND*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*DEBTOR-IN-POSSESSION*

57455498;1