# UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SKYFUEL, INC., ) | Case No. 19-12400-JGR |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN SKYFUEL, INC. AND KELLY BENINGA

### OBJECTION DEADLINE: APRIL 29, 2021.

**YOU ARE HEREBY NOTIFIED THAT** SkyFuel, Inc., (the "Debtor" or "SkyFuel") has filed a Motion to Approve Settlement Agreement Between SkyFuel Inc. and Kelly Beninga ("Mr. Beninga") (the "Motion") with the bankruptcy court and requests approval of said settlement agreement. The factual background for settlement is as follows:

On December 9, 2020, Mr. Beninga, former CEO, and thereafter a consultant, of SkyFuel, filed an Application for Allowance of Administrative Expenses (the "Application"), asserting an administrative expense claim in the amount of $13,374.51. Shortly thereafter, on December 10, 2020, Mr. Beninga filed a Motion for Leave to File a Late-Filed Proof of Claim (the "Leave Motion"), in the amount of $153, 862.98.

Debtor and the Official Committee for Unsecured Creditors (the "Committee") objected to Mr. Beninga's Application and Leave Motion, on various grounds. A preliminary hearing on the Application and Leave Motion took place on January 14, 2021. As a result of January 14, 2021 hearing, an evidentiary hearing was scheduled for March 17, 2021. Thereafter, the Debtor and Mr. Beninga engaged in productive settlement discussions. In order to resolve all claims relating to the Application and Leave Motion the Debtor and Mr. Beninga entered into a written Settlement Agreement (the "Agreement"), a copy of which is attached to the Motion. The Committee consents to the Agreement.

Under the terms of the Agreement, Debtor in exchange for a full and complete release from Mr. Beninga of the Debtor and its affiliates, the Debtor stipulates that Mr. Beninga has a total allowed unsecured claim in the amount of $69,827.55. The Debtor believes that the settlement on these terms and conditions is in the best interest of the estate.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 7th day of April, 2021.  AKERMAN LLP

 */s/ Amy M. Leitch*
David W. Parham, SBN: 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
*and*
Amy M. Leitch, #46837
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
amy.leitch@akerman.com

COUNSEL FOR DEBTOR

57476542;1