<strong>UNITED STATE BANKRUPTCY COURT<br>FOR THE DISTRICT OF COLORADO</strong>

| | |
|---|---|
| In re: | ) |
| | ) |
| SKYFUEL, INC., | ) Case No. 19-12400-JGR |
| | ) Chapter 11 |
| Debtor. | ) |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN SKYFUEL INC. AND KELLY BENINGA

THIS MATTER having come before the Court on Debtor's Motion to Approve Settlement Agreement Between SkyFuel Inc. and Kelly Beninga (the "Motion to Approve"), and the Court having reviewed and considered the Motion and any responses or objections, and fully advised on the premises hereby

IT IS ORDERED that:

1. The Motion to Approve is GRANTED.

2. The Settlement Agreement attached as Exhibit 1 to the Motion is APPROVED.

3. The Committee shall withdraw its objections to the Motions (as defined in the Motion to Approve) within five business days after entry of this Order.

DATED this _____ day of _____, 2021.

BY THE COURT:

_____
Hon. Joseph G. Rosania, Jr.
U.S. Bankruptcy Judge

57475906;1