| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 19-12400-JGR<br>District of Colorado<br>Denver<br>Thu Apr  8 08:35:52 MDT 2021 | Advanced Thermal Systems, Inc.<br>c/o CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626-2141 | Ahern Rentals<br>PO Box 271390<br>Las Vegas, NV 89127-1390 |
| Ahern Rentals, Inc<br>1401 Mineral Ave.<br>Las Vegas, NV 89106-4342 | Airgas<br>110 West 7th Street, Suite 1300<br>Tulsa, OK 74119-1106 | (p)ALLIANCE FOR SUSTAINABLE ENERGY LLC<br>JAMES MARTIN<br>15013 DENVER WEST PARKWAY<br>GOLDEN CO 80401-3111 |
| Allied Electronics, Inc.<br>7151 Jack Newell Blvd. S.<br>Fort Worth, TX 76118-7037 | Annie Zhu<br>9589 Bellmore Ln.<br>Littleton, CO 80126-4969 | Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018-7381 |
| Kelly J Beninga<br>5979 Willow Springs Dr<br>Morrison, CO 80465-2126 | Bollore Logistics<br>12016 E. 46th Ave., Ste. 470<br>Denver, CO 80239 | Brian James Pfeil<br>c/o Davis & Kuelthau, s.c.<br>111 East Kilbourn Avenue, Suite 1400<br>Milwaukee, WI 53202-6677 |
| Brian Moore<br>1999 Broadway, Suite 3225<br>Denver, CO 80202-3307 | Kelsey Jamie Buechler<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 | CRG Financial LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626-2137 |
| CSP Plaza<br>No. 12 YaBao Road<br>Room 1109, HuaSheng International Tower<br>Chaoyand District<br>Beijing, China | CSP Plaza<br>No. 12 YaBao Road Room 1109<br>Chaoyand District<br>Beijing, China 100020 | Tiffiney Carney<br>PO Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |
| Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 | Comcast Business<br>PO Box 21638<br>Saint Paul, MN 55121-0638 | Commonwealth of Massachusetts<br>Charles F. Hurley Bldg.<br>19 Staniford St.<br>Boston, MA 02114-2502 |
| Compression Leasing Services, Inc.<br>PO Box 1629<br>Casper, WY 82602-1629 | Corporation Service Company<br>PO Box 13397<br>Philadelphia, PA 19101-3397 | Cpa Global<br>c/o CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626-2141 |
| Crum Electric Supply Company<br>c/o Fair Harbor Capital, LLC<br>PO Box 237037<br>New York, NY 10023-0028 | David White<br>511 Pike Ave.<br>Canon City, CO 81212-3135 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Denver Boxes<br>10888 Leroy Drive<br>Denver, CO 80233-3614 | Denver Reel & Pallet<br>4600 Monaco Street<br>Denver, CO 80216-3335 | Deven O'Rourke<br>14361 W. Yale Pl.<br>Denver, CO 80228-5442 |

```
Jonathan Dickey                        Dynamic Metal Fabrication, Inc.        (p)EKS&H  LLLP
Kutner Brinen Dickey Riley, P.C.       12645 Emerson Street                   8181 E TUFTS AVENUE STE 600
1660 Lincoln Street                    Thornton, CO 80241-3398                DENVER CO 80237-2579
Suite 1720
Denver, CO 80264-1700


Micahel E. Vrbanac EM Forensics        EMC Forensics                          Eks&h, Lllp
205 Marimoor                           Michael E. Vrbanac, consultant         c/o CRG Financial LLC
Hutto, TX 78634-2125                   205 Marimoor                           100 Union Avenue
                                       Hutto, Tx 78634-2125                   Cresskill, NJ 07626-2141


Eldorado Artesian Springs, Inc.        Epocs Manufacturing Inc                Fair Harbor Capital, LLC
PO Box 172526                          c/o Fair Harbor Capital, LLC           Ansonia Finance Station
Denver, CO 80217-2526                  PO Box 237037                          PO Box 237037
                                       New York, NY 10023-0028                New York, NY 10023-0028


Fastenal                               Fastenal Company                       FedEx
701 Pine Ridge Road, Unit 1            2001 Theurer Blvd.                     PO Box 94515
Golden, CO 80403-8050                  Winona, MN 55987-9902                  Palatine, IL 60094-4515


FedEx Corporate Services Inc.          GRIFFIN PARTNERS III-200UNION, L.P.    Matthew Gray
3965 Airways Blvd Module G 3rd Floor   PO Box 679104                          913 Eldorado Lane
Memphis TN 38116-5017                  Dallas, TX 75267-9104                  Louisville, CO 80027-3106


Greg Marty                             Griffin Partners III - 200 Union L.P.  HAWE Hydraulics
6598 W. Nova Drive                     PO Box 679104                          c/o CRG Financial LLC
Littleton, CO 80128-5753               Dallas, TX 75267-9104                  100 Union Avenue
                                                                              Cresskill, NJ 07626-2141


HAWE North America, Inc.               Halleck-Willard Inc.                   Hanson Machine, LLC
Kristina Smith, CFO                    PO Box 237                             12200 West 52nd Ave. #3
9009-K Perimiter Woods Drive           Frederick, CO 80530-0237               Wheat Ridge, CO 80033-2013
Charlotte, NC 28216-0040


Harrison Filas                         Insperity                              Insperity Peo Services
7818 S. WIndermere Circle              19001 Crescent Srpings Dr.             19001 Crescent Srpings Dr.
Littleton, CO 80120-4459               MC-3-2340                              MC-3-2340
                                       Kingwood, TX 77339-3802                Kingwood, TX 77339-3802


Jason Henderson                        Jenni McDaniel                         Jennifer McDaniel
PO Box 7032                            6765 Tabor Street                      6765 Tabor Street
Golden, CO 80403-0105                  Arvada, CO 80004-2565                  Arvada, CO 80004-2565


Johnson Bros. Metal Forming Co.        Kaidi Research and Development         Kelly Beninga
5744 McDermott Drive                   Kaidid Building, No. 3, Jiangxia First A   5979 Willow Springs Dr.
Berkeley, IL 60163-1102                East Lake New Technology Developmt Zon     Morrison, CO 80465-2126
                                       Wuhan, China 430223
```

| | | |
|---|---|---|
| Kleign Design, Inc. d/b/a Common Good IT<br>Onsager Fletcher Johnson LLC<br>c/o Gabrielle G. Palmer<br>600 17th Street, Suite 425N<br>Denver, CO 80202-5402 | Klein Design, Inc.<br>PO Box 532<br>Louisville, CO 80027-0532 | Klein Design, Inc. d/b/a Common Good IT<br>Onsager Fletcher Johnson LLC<br>c/o Gabrielle G. Palmer<br>600 17th Street, Suite 425N<br>Denver, CO 80202-5402 |
| Lathrop & Gage LLP<br>2345 Grand Boulevard<br>Kansas City, MO 64108-2684 | Lathrop Gage LLP<br>Attn: Benjamin C. Struby<br>2345 Grand Blvd., Ste. 2200<br>Kansas City, MO 64108-2618 | Amy M. Leitch<br>Akerman LLP<br>50 N. Laura St.<br>Ste., 3100<br>Jacksonville, FL 32202-3659 |
| Leydig Voit & Mayer Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6731 | Manor Tool & Manufacturing Co<br>9200 Ivanhoe St<br>Schiller Park, IL 60176-2391 | Manor Tool & Manufacturing Company<br>Eric H. Jostock<br>150 N. Michigan Ave., Suite 1230<br>Chicago IL 60601-7569 |
| Massachusetts Dept. of Unemployment Assistan<br>19 Staniford Street<br>Legal Department, 1st Floor<br>Boston, MA 02114-2502 | McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680-7690 | Midwest Machine Products<br>6255 Joyce Drive<br>Golden, CO 80403-7541 |
| Mitch McCullough<br>9452 W. 65th Ave.<br>Arvada, CO 80004-5255 | Mitchell McCullough<br>9452 W 65th AVE<br>9452 W 65th AVE<br>Arvada, CO 80004-5255 | Monarch Metal Manufacturing<br>2597 W. 64th Ave.<br>Denver, CO 80221-2321 |
| Brian Moore<br>Jester Gibson & Moore, LLP<br>1999 Broadway<br>Suite 3225<br>Denver, CO 80202-3307 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Motion Industries<br>PO Box 404130<br>Atlanta, GA 30384-4130 |
| Motion Industries, Inc.<br>P.O. Box 1477<br>Birmingham AL 35201-1477 | Nate Schuknecht<br>3216 Madison St.<br>Denver, CO 80205-4953 | Nathan Schuknecht<br>2310 Table Heights Drive<br>Golden, CO 80401-2540 |
| Nick's Welding, Inc.<br>c/o Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018-7480 | North Cherokee Partners<br>Vedra Law<br>1435 Larimer Street, Suite 302<br>Denver, CO 80202-1843 | North Cherokee Partners, LLC<br>c/o Vedra Law LLC<br>1444 Blake Street<br>Denver, CO 80202-1316 |
| One Beacon<br>PO Box 371871<br>Pittsburgh, PA 15250-7871 | Gabrielle Palmer<br>Onsager Fletcher Johnson LLC<br>600 17th Street<br>Suite 425n<br>Denver, CO 80202-5402 | David W. Parham<br>2001 Ross Ave.<br>Ste. 2300<br>Dallas, TX 75201-2984 |
| Plante & Moran, PLLC<br>19176 Hall Rd, Suite 300<br>Clinton Township, MI 48038-6914 | Qwest Corporation dba Centurylink<br>Centurylink Communications, LLC.-Bankrup<br>1025 El Dorado Blvd (Attn: Legal-BKY)<br>Broomfield, CO 80021-8254 | Ralston Development Corp.<br>18300 West Highway 72<br>Arvada, CO 80007-8213 |

| | | |
|---|---|---|
| Ralston Development Corporation<br>18300 West Hwy 72<br>Arvada, CO 80007-8213 | Keri L. Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street<br>Suite 1720<br>Denver, CO 80264-1700 | Royal Tech Solar<br>No. 26 Homgxi Rd.<br>Niutang Industrial Zone<br>Wujin District<br>Changzhou China, 21316-3000 |
| Ryan Clark<br>10191 Dowdle Dr.<br>Golden, CO 80403-8601 | Saint-Gobain Solar Gard LLC<br>4540 Viewridge Ave.<br>San Diego, CA 92123-1637 | Matthew D. Skeen Jr.<br>217 E. 7th Ave.<br>Denver, CO 80203-3504 |
| Skyfuel, Inc.<br>c/o Akerman LLP<br>Attn: Amy M. Leitch, Esq.<br>50 N. Laura St., Ste. 3100<br>Jacksonville, FL 32202-3659 | Sureway Tool & Engineering<br>2959 Hart Drive<br>Franklin Park, IL 60131-2213 | TIAA Commercial Finance, Inc.<br>f/k/a Everbank Commercial Finance, Inc.<br>10 Waterview Blvd<br>Parsippany NJ 07054-7607 |
| The Kinetic Co., Inc.<br>Jared Masters, President<br>PO Box 200<br>Greendale, WI 53129-0200 | The Kinetic Co., Inc.<br>PO Box 200<br>Greendale, WI 53129-0200 | The Kinetic Company, Inc.<br>6775 West Loomis Road<br>Greendale, WI 53129-2700 |
| Timberline Fasteners<br>6195 Ckernibt Street<br>Commerce City, CO 80022 | US Digital<br>1400 NE 136th Avenue<br>Vancouver, WA 98684-0993 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Underwriters Laboratory<br>333 Pfingsten Road<br>Northbrook, IL 60062-2096 | United Rentals, Inc<br>6125 Lakeview Road #300<br>Charlotte NC 28269-2616 | United States<br>Department of Justice, Civil Division<br>Benjamin Franklin Station<br>PO Box 875<br>Washington, DC 20044-0875 |
| WRICO Texas Co.<br>2717 Niagara Ln. N.<br>Minneapolis, MN 55447-4844 | David Wadsworth<br>Wadsworth Garber Warner Conrardy, P.C.<br>2580 West Main Street, Suite 200<br>Littleton, CO 80120-4631 | Wadsworth Garber Warner Conrardy, P.C.<br>2580 West Main St., Ste. 200<br>Littleton, CO 80120-4631 |
| WatchGuard<br>505 Fifth Avenue South<br>Suite 500<br>Seattle, WA 98104-3892 | Wells Fargo Bank Corp. Card<br>PO Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix AZ 85038-9482 |
| Wrico Stamping Co of Texas<br>Griffiths Corporation<br>d.b.a. Wrico Texas<br>2717 Niagara Ln N<br>Plymouth MN 55447-4844 | Wurth Timberline Fasteners, Inc.<br>Debra Wolfe, CFO<br>6195 Clermont Street<br>Commerce City, CO 80022-3120 | Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-0001 |
| Xinye Zhu<br>9589 Bellmore Lane<br>Highlands Ranch, CO 80126-4969 | Xinye Zhu<br>9589 Bellmore Ln.<br>Littleton, CO 80126-4969 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliance for Sustainable Energy LLC
James Martin
15013 Denver West Parkway
Golden, CO 80401

Dell Financial Services
PO Box 81577
Austin, TX 78708

EKS&H
8181 East Tufts Ave. Suite 600
Denver, CO 80237

(d)James Martin
National Renewable Energy Laboratory
15013 Denver West Parkway
Golden, CO 80401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alliance for Sustainable Energy LLC

(d)Hawe Hydraulics
c/o CRG Financial LLC
100 Union Avenue
Cresskill, NJ 07626-2141

(d)Kelly Beninga
5979 Willow Springs Drive
Morrison, CO 80465-2126

(u)Klein Design, Inc. d/b/a Common Good IT

(d)Matthew Gray
913 Eldorado Lane
Louisville, CO 80027-3106

(d)Matthew Gray
913 Eldorado Ln.
Louisville, CO 80027-3106

(d)Nate Schuknecht
3216 Madison St.
Denver, CO 80205-4953

(u)Official Committee for Unsecured Creditors

(d)Nathan Schuknecht
2310 Table Heights Drive
Golden, CO 80401-2540

(d)Wadsworth Garber Warner Conrardy, P.C.
2580 West Main Street, Suite 200
Littleton, CO 80120-4631

End of Label Matrix
Mailable recipients   118
Bypassed recipients    10
Total                 128