# UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SKYFUEL, INC., ) | Case No. 19-12400-JGR |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE AND (II) CERTAIN RELATED DEADLINES

**PLEASE TAKE NOTICE THAT** the Plan of Reorganization of SkyFuel Inc.,[1] pursuant to Chapter 11 of the Bankruptcy Code, became effective on **May 17, 2021**.[2]

**PLEASE TAKE FURTHER NOTICE THAT** except as otherwise ordered by the Bankruptcy Court, all holders of Administrative Claims (except for (i) Fee Claims, (ii) Ordinary Course Administrative Claims, and Cure Claims) not paid prior to the Confirmation Date shall submit requests for payment of such Administrative Claims in accordance with section 503 of the Bankruptcy Code with the Bankruptcy Court no later than **June 16, 2021**, (the "Administrative Expense Claims Bar Date") or forever be barred from doing so and from receiving payment on account thereof.

**PLEASE TAKE FURTHER NOTICE THAT** unless a later date is fixed by the Bankruptcy Court in accordance with the Plan, the deadline for Filing objections to Claims with the Bankruptcy Court shall be **July 16, 2021** (the "Claims Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT** except as otherwise ordered by the Bankruptcy Court and unless previously rejected or subject to a pending motion to reject, all Executory Contracts of the Debtor, and **all** intellectual property, including but not limited to the Debtor's license agreements and all acquired and pending patents shall be deemed as assumed as of **May 17, 2021**, in accordance with the provisions and requirements of Sections 365 and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, Plan, Confirmation Order or related documents, you should contact Akerman LLP ("Akerman"), by: (a) emailing Amy M. Leitch, attorney for Debtor, at amy.leitch@akerman.com; (b) calling Akerman's Dallas office at (214) 720-4300; and/or (c) writing to Akerman, Attn: Amy M. Leitch, Akerman LLP, 50 North Laura Street, Suite 3100, Jacksonville, FL 32210. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: https://www.cob.uscourts.gov/.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Order Approving Disclosure Statement and Confirming Plan of Reorganization for SkyFuel, Inc. [ECF 383].

[2] Pursuant to Article XI(2) of the confirmed Plan, the Effective Date deadline was extended to May 19, 2021, with permission of the UCC.

1

58275508

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and its provisions are binding upon the Debtor, as applicable, and any and all holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and/or injunctions described in the Plan or Confirmation Order, each Entity acquiring property under the Plan or the Confirmation Order, and any and all non-debtor parties to Executory Contracts and Unexpired Leases with the Debtor. All Claims and debts shall be as fixed, adjusted, or compromised, as applicable, pursuant to the Plan regardless of whether any holder of a Claim or debt has voted on the Plan.

Respectfully submitted this 19th day of May, 2021.

        **AKERMAN LLP**

        */s/ Amy M. Leitch*
        David W. Parham, SBN: 15459500
        2001 Ross Avenue, Suite 3600
        Dallas, TX 75201
        Telephone: (214) 720-4300
        Facsimile: (214) 981-9339
        david.parham@akerman.com
        *and*
        Amy M. Leitch, #46837
        50 North Laura Street, Suite 3100
        Jacksonville, FL 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730
        amy.leitch@akerman.com
        COUNSEL FOR DEBTOR AND
        DEBTOR-IN-POSSESSION

58275508