**UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                                   )
                                         )
SKYFUEL, INC.,                           )          Case No. 19-12400-JGR
                                         )          Chapter 11
            Debtor.                      )

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the following parties received a true and correct copy of the Consent Motion for Entry of Revised Form of Order and Notice of Withdrawal of Akerman's Request for Compensation and Reimbursement of Costs Incurred in the *Nunc Pro Tunc* Fee Period located at Docket No. 409 via a Notice of Electronic Filing transmitted by CM/ECF in accordance with Local Bankruptcy Rule 5005-4(a) on July 14, 2021:

Kelsey Jamie Buechler on behalf of Petitioning Creditor Matthew Gray
jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler on behalf of Petitioning Creditor Nathan Schuknecht
jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Tiffiney Carney on behalf of Creditor United States
tiffiney.carney@usdoj.gov

Jonathan Dickey on behalf of Petitioning Creditor HAWE North America, Inc.
jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jonathan Dickey on behalf of Petitioning Creditor The Kinetic Co., Inc.
jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jonathan Dickey on behalf of Petitioning Creditor Wurth Timberline Fasteners,Inc.
jmd@kutnerlaw.com, vlm@kutnerlaw.com

Amy M. Leitch on behalf of Attorney Akerman LLP
amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Amy M. Leitch on behalf of Debtor Skyfuel, Inc.
amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

James Martin on behalf of Attorney Alliance for Sustainable Energy LLC
jim.martin@nrel.gov

Brian Moore on behalf of Petitioning Creditor GRIFFIN PARTNERS III-200UNION, L.P.
bmoore@jgllp.com

Alan K. Motes on behalf of U.S. Trustee US Trustee
Alan.Motes@usdoj.gov

59029635;1

Gabrielle Palmer on behalf of Creditor Klein Design, Inc. d/b/a Common Good IT
gpalmer@OFJlaw.com, gpalmer@ecf.courtdrive.com,mschlabaugh@ecf.courtdrive.com

David W. Parham on behalf of Debtor Skyfuel, Inc.
david.parham@akerman.com, teresa.barrera@akerman.com

Keri L. Riley on behalf of Creditor Committee Official Committee for Unsecured Creditors
klr@kutnerlaw.com, vlm@kutnerlaw.com

Matthew D. Skeen, Jr. on behalf of Creditor Kelly J Beninga
jrskeen@skeen-skeen.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

David Wadsworth on behalf of Attorney Wadsworth Garber Warner Conrardy, P.C.
dwadsworth@wgwc-law.com, 7002299420@filings.docketbird.com;dtackett@wgwc-law.com

David Wadsworth on behalf of Debtor Skyfuel, Inc.
dwadsworth@wgwc-law.com, 7002299420@filings.docketbird.com;dtackett@wgwc-law.com

The undersigned further certifies that she served a true and correct copy of the Consent Motion for Entry of Revised Form of Order and Notice of Withdrawal of Akerman's Request for Compensation and Reimbursement of Costs Incurred in the *Nunc Pro Tunc* Fee Period located at Docket No. 409 by placing the same in the United States mail, first class postage pre-paid, on July 14, 2021, to the parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case obtained from PACER on July 14, 2021, and to the following: Marcel Krzystek, 1999 Broadway, Ste. 3225, Denver, CO 80202.

Respectfully submitted,

AKERMAN LLP

*/s/ Amy M. Leitch*
David W. Parham, SBN: 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:   (214) 720-4300
Facsimile:    (214) 981-9339
david.parham@akerman.com
*and*
Amy M. Leitch, #46837
50 North Laura Street, Suite 3100
Jacksonville, FL  32202
Telephone:   (904) 798-3700
Facsimile:    (904) 798-3730
amy.leitch@akerman.com
COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION