# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SKYFUEL, INC., ) | Case No. 19-12400-JGR |
| ) | Chapter 11 |
| Debtor. ) | |

### SKYFUEL, INC.'S OBJECTION TO CLAIM OF
### NORTH CHEROKEE PARTNERS, LLC

SkyFuel, Inc., ("SkyFuel") in the above-referenced case ("Case"), hereby files this Objection (the "Objection") to the Proof of Claim (Claim No. 31-1) (the "Claim") of North Cherokee Partners, LLC ("Claimant"), and in support thereof, SkyFuel respectfully states as follows:

### JURISDICTION

1.    Jurisdiction to consider this matter is vested with the Court pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to Section 157(b)(2)(B) of Title 11 of the United States Code (the "Bankruptcy Code"). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are Section 502 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 3007, and L.B.R. 3007-1.

### BACKGROUND

2.    On March 29, 2019, an involuntary petition for relief was filed against SkyFuel under chapter 11 of the Bankruptcy Code. ECF No. 1.

3.    On April 23, 2019, the Court entered an Order for Relief and Procedure in Involuntary Case. ECF No. 9.

4.    On October 25, 2019, Claimant filed the Claim.

5.    In the Claim, Claimant alleges that it has an unsecured claim in the amount of "99,745.05" for "[r]ent reduced to judgment." This amount purports to include interest and other charges, but Claimant did not attach to its Claim any statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

6.    On January 29, 2021, the SkyFuel filed a Proposed Plan of Reorganization for SkyFuel and their Disclosure Statement, Pursuant to 11 U.S.C. § 1125, for the Plan (the "Disclosure Statement"). ECF Nos. 308 and 309.

7.    On April 8, 2021, the Court entered its Order Approving Disclosure Statement and Confirming Plan of Reorganization for SkyFuel, Inc., approving the Disclosure Statement and

confirming the Proposed Plan of Reorganization for SkyFuel as amended therein (the "Plan"). ECF No. 383.

8. The Plan became effective on May 17, 2021. ECF No. 392.

9. Upon investigation into the Claim, SkyFuel has determined that the amount claimed by Claimant is not supported by SkyFuel's books and records. For example, SkyFuel's books and records reflect that $7,261.45 was paid to Claimant on or around March 12, 2019. In addition, it appears other amounts were garnished ($7,444.46) and if such amounts were actually disbursed to Claimant, the Claim should be offset accordingly. In addition, SkyFuel paid Claimant a $25,000 security deposit, which likewise should be offset by the Claim.[1]

## MEMORANDUM OF LAW

10. Pursuant to Section § 502(a) of Title 11 of the Bankruptcy Code, any claim for which a proof of claim has been filed shall be deemed allowed unless a party in interest objects. 11 U.S.C. § 502(a). If an objection is filed, the Court, upon notice and a hearing, shall determine the amount of such claim. *See* 11 U.S.C. § 502(b).

11. SkyFuel objects to the Claim because it is unsupported by SkyFuel's books and records and unsupported by the Claim itself and thus, SkyFuel seeks the disallowance of such Claim.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order disallowing the Claim and granting such other and further relief as the Court deems just and proper.

DATED this 16th day of July, 2021.  AKERMAN LLP

    */s/ Amy M. Leitch*
David W. Parham, SBN: 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com

*and*

---

[1] SkyFuel has been in contact with counsel for Claimant to work through these issues. In an abundance of caution, this Objection was filed to meet the claim-objection deadline. If a resolution is reached, SkyFuel will withdraw its Objection.

- 3 -

        Amy M. Leitch, #46837
        50 North Laura Street, Suite 3100
        Jacksonville, FL 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730
        amy.leitch@akerman.com
        *COUNSEL FOR SKYFUEL, INC.*