**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| SKYFUEL, INC., ) | Case No. 19-12400-JGR |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF FILING PROPOSED ORDER GRANTING OBJECTIONS TO CLAIMS**

SkyFuel, Inc., by and through undersigned counsel, gives notice of filing the proposed Order Granting Objections (Doc. 415-421) to Claims submitted herewith.

DATED this 16th day of July, 2021.

**AKERMAN LLP**

  */s/ Amy M. Leitch*
David W. Parham, SBN: 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:   (214) 720-4300
Facsimile:    (214) 981-9339
david.parham@akerman.com
*and*
Amy M. Leitch, #46837
50 North Laura Street, Suite 3100
Jacksonville, FL  32202
Telephone:   (904) 798-3700
Facsimile:    (904) 798-3730
amy.leitch@akerman.com

COUNSEL FOR SKYFUEL, INC.

59070787;1