**UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| SKYFUEL, INC., | ) Case No. 19-12400-JGR |
| | ) Chapter 11 |
| Debtor. | ) |

**NOTICE OF WITHDRAWAL**
**OF DEBTOR'S OBJECTION TO CLAIM NO. 20-1**

SkyFuel, Inc., by and through its undersigned counsel, hereby withdraws SkyFuel, Inc.'s Objection to Claim of CSP Plaza (ECF No. 419) without prejudice.

Dated:  August 19, 2021

Respectfully submitted,

AKERMAN LLP

  /s/ Amy M. Leitch
David W. Parham, SBN: 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:     (214) 720-4300
Facsimile:      (214) 981-9339
david.parham@akerman.com

*and*

Amy M. Leitch, #46837
50 North Laura Street, Suite 3100
Jacksonville, FL  32202
Telephone:     (904) 798-3700
Facsimile:      (904) 798-3730
amy.leitch@akerman.com

COUNSEL FOR SKYFUEL, INC.

59554083;1