**DEBTOR(S):** SkyFuel, Inc.

**CASE NUMBER:** 19-12400-JGR

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

**Form 2-A**
**COVER SHEET**

For Period End Date: 4/30/2021

**Accounting Method:** [X] Accrual Basis   [ ] Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| [X] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [ ] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts |
| | | *(Redact all but last 4 digits of account number and remove check images)* |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |
| [ ] | [ ] | 9. Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any*
*attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 5/24/2021

**Print Name** Greg Marty

**Signature:** *Greg Marty*

**Title:** Consultant

Rev. 01/01/2018

**DEBTOR(S)** SkyFuel, Inc.      **CASE NO:**     19-12400-JGR

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   4/1/2021 to   4/30/2021

**CASH FLOW SUMMARY**

| | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 2,120,257.23 | $ | 0.00 (1) |
| 2. Cash Receipts | | | | |
| Operations | | 0.00 | | 0.00 |
| Sale of Assets | | 0.00 | | 0.00 |
| Loans/advances | | 0.00 | | 0.00 |
| Other | | 977.12 | | 0.00 |
| Total Cash Receipts | $ | 977.12 | $ | 0.00 |
| 3. Cash Disbursements | | | | |
| Operations | | 2,598.86 | | 0.00 |
| Debt Service/Secured loan payment | | 0.00 | | 0.00 |
| Professional fees/U.S. Trustee fees | | 0.00 | | 0.00 |
| Professional fees paid from retainer (e.g. COLTAF accts) | | 0.00 | | 0.00 |
| Other | | 0.00 | | 0.00 |
| Total Cash Disbursements | $ | 2,598.86 | $ | 0.00 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | -1,621.74 | | 0.00 |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 2,118,635.49 (2) | $ | 0.00 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0.00 |
| BID Deposit Account | ANB Bank | 0.00 |
| DIP Operating Account | ANB Bank | 2,117,635.50 |
| DIP State Tax Account | | 0.00 |
| DIP Payroll Account | | 0.00 |
| Other Operating Account | HSBC Bank | 999.99 |
| Retainers held by professionals (i.e. COLTAF) | | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 2,118,635.49 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers.*

*Current month beginning cash balance should equal the previous month's ending balance.*

(2)  *All cash balances should be the same.*

Rev. 01/01/2018

**DEBTOR(S):**  **SkyFuel, Inc.**          **CASE NO:**   19-12400-JGR

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   4/1/2021   to   4/30/2021

**CASH RECEIPTS DETAIL**          **Account No:**   **X3935**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 4/13/2021 | USBC CANB | Return of payment | $977.12 |
| 4/30/2021 | SkyFuel Inc Bid Deposit | Transfer funds to SkyFuel DIP | $2,099,925.00 |

**Total Cash Receipts**   $   $2,100,902.12 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*          Rev. 01/01/2018

**DEBTOR(S):** SkyFuel, Inc.                                                                                     19-12400-JGR

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:     4/1/2021     to                          4/30/2021

**CASH DISBURSEMENTS DETAIL**          **Account No:**                    ANB Bank X3935
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | | Description (Purpose) | Amount |
|------|-----------|-------|--|----------------------|--------|
| 4/2/2021 | 1088 | Greg Marty | | Shurweb reimbursement- March | 219.43 |
| 4/13/2021 | 1090 | Greg Marty | | Consulting Inv 118 | 2160.00 |
| 4/30/2021 | 1091 | Greg Marty | | Shurweb reimbursement- April | 219.43 |

**Total Cash Disbursements**                          $          2598.86 (1)

**CASH DISBURSEMENTS DETAIL**          **Account No:**                    ANB Bank X4969
*(attach additional sheets as necessary)*

**DEBTOR(S):** SkyFuel, Inc.                              **CASE NO:**        19-12400-JGR

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 4/30/2021

|  |  | Current Month | Petition Date (1) |
|---|---|---|---|
| ***ASSETS*** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | $ | 2118635 | $ 0 |
| Accounts Receivable (from Form 2-E) | | 9523 | 0 |
| Receivable from Officers, Employees, Affiliates | | 0 | 0 |
| Inventory | | 308221 * | 0 |
| Other Current Assets :(List)    Deferred Taxes | | 2787178 * | 0 |
| | | 0 | 0 |
| Total Current Assets | $ | 5223558 | $ 0 |
| Fixed Assets: | | | |
| Land | $ | 0 | $ 0 |
| Building | | 0 | 0 |
| Equipment, Furniture and Fixtures | | 136460 | 0 |
| Total Fixed Assets | | 136460 | 0 |
| Less:  Accumulated Depreciation | ( | 0 ) | ( 0 ) |
| Net Fixed Assets | $ | 136460 | $ 0 |
| Other Assets (List):    Intangibles, net | | 1542767 | 0 |
|                         Deposits | | | 0 |
| **TOTAL ASSETS** | $ | $6,902,786 | $ 0 |
| ***LIABILITIES*** | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 352264 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | | 0 |
| Post-petition Notes Payable | | | 0 |
| Other Post-petition Payable(List):  Absilicon Bid Deposit | | 0 | 0 |
|                                      Due to Harvest | | 81299 ** | 0 |
| Total Post Petition Liabilities | $ | 433563 | $ 0 |
| Pre Petition Liabilities: | | | |
| Secured Debt | | 15387693 * | 0 |
| Priority Debt | | 248339 | 0 |
| Unsecured Debt | | 1176110 | 0 |
| Total Pre Petition Liabilities | $ | 16812142 | $ 0 |
| **TOTAL LIABILITIES** | $ | 17245705 | $ 0 |
| ***OWNERS' EQUITY*** | | | |
| Owner's/Stockholder's Equity | $ | (10308097) | $ 0 |
| Retained Earnings - Prepetition | | 0 | 0 |
| Retained Earnings - Post-petition | | (34822) | 0 |
| **TOTAL OWNERS' EQUITY** | $ | (10342919) | $ 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $6,902,786 | $ 0 |

*(1)  Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values*

*listed on the Debtor's schedules.*

0

**DEBTOR(S):**   SkyFuel, Inc.                                    **CASE NO:**   19-12400-JGR

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period   4/1/2021  to   4/30/2021

| | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 0.00 | $ | 0 |
| Less:  Discounts, Returns and Allowances | ( | 0.00 ) | ( | 0 ) |
| **Net Operating Revenue** | $ | 0.00 | $ | 0 |
| Cost of Goods Sold | | 0.00 | | 0 |
| **Gross Profit** | $ | 0.00 | $ | 0 |
| Operating Expenses | | | | |
| Officer Compensation | $ | 0.00 | $ | |
| Selling, General and Administrative | | 0.00 | | |
| Rents and Leases | | 0.00 | | |
| Depreciation, Depletion and Amortization | | 0.00 | | |
| Other (list): Group Insurance/other Benefits | | 0.00 | | |
| Research and development | | 0.00 | | |
| Occupancy | | 0.00 | | |
| Professional Fees | | 0.00 | | |
| legal fees/US bankruptcy fee | | 0.00 | | |
| outside services | | 2160.00 | | |
| computing and communication | | 438.86 | | |
| equipment rental | | 0.00 | | |
| Depreciation and amortization | | 0.00 | | |
| insurance/taxes | | 0.00 | | |
| office supplies | | 0.00 | | |
| telephone | | 0.00 | | |
| Total Operating Expenses | $ | 2598.86 | $ | |
| **Operating Income (Loss)** | $ | (2598.86) | $ | 0 |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | 0.00 | $ | 0 |
| Gains (Losses) on Sale of Assets | | 0.00 | | 0 |
| Interest Income | | 0.00 | | 0 |
| Interest Expense | | 0.00 | | 0 |
| Other Non-Operating Income | | 0.00 | | 0 |
| Net Non-Operating Income or (Expenses) | $ | 0.00 | $ | 0 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | | $ | |
| Other Reorganization Expense | | 0.00 | | 0 |

| | | | |
|---|---|---|---|
| Total Reorganization Expenses | $ | 0.00 | $ | 0 |
| **Net Income (Loss) Before Income Taxes** | $ | (2598.86) | $ | 0 |
| Federal and State Income Tax Expense (Benefit) | | 0.00 | | 0 |
| **NET INCOME (LOSS)** | $ | (2598.86) | $ | 0 |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

0

**DEBTOR(S):**  SkyFuel, Inc.                                    **CASE NO:** 19-12400-JGR

**Form 2-E (Page 1 of 2)**
**SUPPORTING SCHEDULES**

**For Period:**      4/1/2021                    **to**            4/30/2021

| Summary of Post-Petition Taxes | | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Type of tax | Unpaid post-petition taxes from prior reporting month(1) | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other:_____ | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other:_____ | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other:_____ | | | | |
| Total unpaid post-petition taxes | | | | |

*(1) For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

| Insurance Coverage Summary | | | | |
|---|---|---|---|---|
| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
| Workers' compensation | | | | |
| General liability | Mercer Insurance Company (NAIC: 14478) | | 7/18/2020 | 7/18/2021 |
| Property (fire, theft, etc.) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |
| Other (list): | | | | |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance.* | | | | |

Page 1 of 2

**DEBTOR(S):** SkyFuel, Inc.                    **CASE NO:** 19-12400-JGR

**Form 2-E (Page 2 of 2)**
**SUPPORTING SCHEDULES**
**For Period:**      4/1/2021 0:00      **to**      4/30/2021 0:00

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables | | | | 9,523 | 9,523 |
| Post-petition receivables | | | | | |
| Total | | | | | 9,523 |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end * |
| Trade Payables | | | | | |
| Other Payables | | | | 246,372 | 246,372 |
| Total | | | | 246,372 | 246,372 |

**\*Balance under review by accountant**

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
| Debtor's Counsel | | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | | | | |

**\*Balance due to include fees and expenses incurred but not yet paid.**

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES** | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.**

Page 2 of 2

**DEBTOR(S):** SkyFuel, Inc.        **CASE NO:** 19-12400-JGR

**Form 2-F**
**QUARTERLY FEE SUMMARY ***
**For the Month Ended:**    4/30/2021

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------|-------------------|-----------|-----------|
| January | 2021 | $ 36.34 | | | |
| February | 2021 | 1719.43 | | | |
| March | 2021 | 5716.16 | | | |
| TOTAL 1st Quarter | | $ 7471.93 | $ 250 | | |
| April | 2021 | $ 2598.86 | | | |
| May | 2021 | | | | |
| June | 2021 | | | | |
| TOTAL 2nd Quarter | | $ 2598.86 | $ 0 | | |
| July | 2021 | $ | | | |
| August | 2021 | | | | |
| September | 2021 | | | | |
| TOTAL 3rd Quarter | | $ 0.00 | $ 0 | | |
| October | 2021 | $ | | | |
| November | 2021 | | | | |
| December | 2021 | | | | |
| TOTAL 4th Quarter | | $ 0 | $ 0 | | |

## FEE SCHEDULE (as of JANUARY 12, 2021)

*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee |
|-------------------------|-----|
| $0 to $62624..................... | $250 |
| $62625 to $999,999............. | 0.4% |
| $1,000,000 to $31,249,937.. | 0.8% |
| $31,249,938 or more......... | $250,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*   Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

\*\*\*   For disbursements in excess of $1,000,000, this amount is subject to annual adjustment. Please refer to
     https://www.justice.gov/ust/chapter-11-quarterly-fees

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 01/01/2018

**DEBTOR(S)** SkyFuel, Inc.                    **CASE NO:** 19-12400-JGR

**Form 2-G**
## NARRATIVE
**For Period Ending:** 4/30/2021

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred susequent to the report date.**

> **The Debtor, with the Committee's support, submitted a proposed plan of reorganization, disclosure statement, and related filings, proposing the sale of the Debtor's equity**

Rev. 01/01/2018

# ANB Bank®

P.O. Box 9250 | Colorado Springs, CO 80932

**RETURN SERVICE REQUESTED**

SKYFUEL, INC.
DEBTOR IN POSSESSION ACCOUNT
RM: 6598 W NOVA DR
LITTLETON CO 80128

## *Statement Ending 04/30/2021*

*SkyFuel, Inc.* — Page 1 of 4
**Account Number:XXXXXXXX3935**

### Managing Your Accounts

| | | |
|---|---|---|
| Branch | Cherry Creek - Main Banking Center | |
| Address | 3033 E. First Avenue Denver, CO 80206 | |
| Phone | 303-394-5100 | |
| Customer Care | 1-866-433-0282 | |
| Online Banking | ANBbank.com | |



## Easy...Efficient...Effective...
## eDeposit

Bring the bank to your business.
Just scan and deposit, it's that easy!

Talk with a Treasury Management Officer to find out more.

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Choice | XXXXXXXX3935 | $2,117,635.50 |

## Business Choice-XXXXXXXX3935

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2021 | **Beginning Balance** | **$19,332.24** |
| | 2 Credit(s) This Period | $2,100,902.12 |
| | 3 Debit(s) This Period | $2,598.86 |
| 04/30/2021 | **Ending Balance** | **$2,117,635.50** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/13/2021 | DEPOSIT | $977.12 |



Member FDIC

*Thank you for choosing ANB Bank as your source for banking!*          ANBbank.com

Case:19-12400-JGR    Doc#:430   Filed:08/19/21    Entered:08/19/21 11:17:45   Page15 of 21

# Business Choice-XXXXXXXX3935 (continued)

### Other Credits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/30/2021 | Transfer form other account and close it | $2,099,925.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|----------:|------|-------:|----------:|------|-------:|----------:|------|-------:|
| 1088 | 04/02/2021 | $219.43 | 1090* | 04/13/2021 | $2,160.00 | 1091 | 04/30/2021 | $219.43 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 04/02/2021 | $19,112.81 | 04/13/2021 | $17,929.93 | 04/30/2021 | $2,117,635.50 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|:---------------------:|:------------------:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



### ANB Bank®

P.O. Box 9250 | Colorado Springs, CO 80932

**Statement Ending 04/30/2021**

*SkyFuel, Inc.*           *Page 3 of 4*

**Account Number:XXXXXXXX3935**

## This Form is Provided to Help You Balance Your Bank Statement

Balance Shown on Bank Statement $ _____

Add Deposits $ _____

_____

_____

**Sub Total** $ _____

SUBTRACT CHECKS ISSUED BUT NOT ON STATEMENT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total ... $ | |
| | | Total ... $ | |
| | | Total ... $ | |

Balance Shown in Your Check Book $ _____

Add Any Deposits and/or Transfers Not Already Entered in Your Check Book

_____

_____

_____

_____

**Sub Total** $ _____

Subtract Service Charges, Other Bank Charges, and Any Automatic Payments Not in Check Book $ _____

_____

_____

_____

_____

Total ... $ _____

Total ... $ _____

Total ... $ _____

BEFORE YOU START -

PLEASE BE SURE YOU HAVE ENTERED IN YOUR CHECK BOOK ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF THE STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

PERSONAL AND RESERVE LINE: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/fees), and subtract (any unpaid interest or other finance charges and) any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FOUND A MISTAKE ON YOUR LOAN STATEMENT**

If you think there is an error on your statement, write to us at: ANB Bank, 1130 N. Circle Drive, Colorado Springs, CO 80909. In your letter give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or any fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 1-866-433-0282 or write us at the address printed on this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transaction involved a point-of-sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. This does not apply to custodial / trust accounts such as Health Savings Accounts.

### ID THEFT AND INTERNET FRAUD

Relative to the potential of someone stealing your identity, please be advised that the Bank will never initiate a request for confidential information through e-mail and / or phone. Please report any such request to the Bank immediately. For further information, go to www.ftc.gov and select the Consumer section.

### FAIR AND ACCURATE CREDIT TRANSACTIONS ACT DISCLOSURE

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Case:19-12400-JGR   Doc#:430   Filed:08/19/21   Entered:08/19/21 11:17:45   Page17 of 21

THIS PAGE INTENTIONALLY LEFT BLANK

# ANB Bank®

P.O. Box 9250 | Colorado Springs, CO 80932

*Statement Ending 04/30/2021*

*SkyFuel, Inc.* — *Page 1 of 4*
**Account Number:XXXXXXXX4969**

**RETURN SERVICE REQUESTED**

SKYFUEL, INC.
BID DEPOSIT
RM: 6598 W NOVA DR
LITTLETON CO 80128

### Managing Your Accounts

| | | |
|---|---|---|
| 🏦 | Branch | Cherry Creek - Main Banking Center |
| ✉ | Address | 3033 E. First Avenue Denver, CO  80206 |
| 📱 | Phone | 303-394-5100 |
| 👤 | Customer Care | 1-866-433-0282 |
| 💻 | Online Banking | ANBbank.com |

## Final Statement



Easy...Efficient...Effective...
**eDeposit**

Bring the bank to your business.
Just scan and deposit, it's that easy!

Talk with a Treasury Management Officer to find out more.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Choice | XXXXXXXX4969 | $0.00 |

## Business Choice-XXXXXXXX4969

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2021 | **Beginning Balance** | **$2,099,925.00** |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $2,099,925.00 |
| 04/30/2021 | **Ending Balance** | **$0.00** |

**FINAL STATEMENT**



Member
FDIC

*Thank you for choosing ANB Bank as your source for banking!*      **ANBbank.com**

# Business Choice-XXXXXXXX4969 (continued)

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/30/2021 | Close and transfer per customer request | $2,099,925.00 |

### Daily Balances

| Date | Amount |
|------|-------:|
| 04/30/2021 | $0.00 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



*Statement Ending 04/30/2021*

P.O. Box 9250 | Colorado Springs, CO 80932

*SkyFuel, Inc.*                                    *Page 3 of 4*
**Account Number:XXXXXXXX4969**

## This Form is Provided to Help You Balance Your Bank Statement

Balance Shown on
Bank Statement $_____

Add
Deposits $_____

_____

_____

Sub Total $_____

SUBTRACT CHECKS ISSUED BUT NOT ON STATEMENT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total ... $_____ |  |
|  |  |  |  |
|  |  | Total ... $_____ |  |

Balance Shown in
Your Check Book $_____

Add Any Deposits
and/or Transfers
Not Already
Entered in Your
Check Book

_____

_____

_____

Sub Total $_____

Subtract Service
Charges, Other
Bank Charges,
and Any Automatic
Payments Not in
Check Book $_____

_____

_____

_____

Total ... $_____

Total ... $_____

BEFORE YOU START –

PLEASE BE SURE YOU HAVE ENTERED
IN YOUR CHECK BOOK ALL AUTOMATIC
TRANSACTIONS SHOWN ON THE
FRONT OF THE STATEMENT.

YOU SHOULD HAVE ADDED
IF ANY OCCURRED:

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUBTRACTED
IF ANY OCCURRED:

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions
   and payments.

PERSONAL AND RESERVE LINE: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/fees), and subtract (any unpaid interest or other finance charges and) any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FOUND A MISTAKE ON YOUR LOAN STATEMENT**

If you think there is an error on your statement, write to us at: ANB Bank, 1130 N. Circle Drive, Colorado Springs, CO 80909. In your letter give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or any other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 1-866-433-0282 or write us at the address printed on this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transaction involved a point-of-sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. This does not apply to custodial / trust accounts such as Health Savings Accounts.

**ID THEFT AND INTERNET FRAUD**

Relative to the potential of someone stealing your identity, please be advised that the Bank will never initiate a request for confidential information through e-mail and / or phone. Please report any such request to the Bank immediately. For further information, go to www.ftc.gov and select the Consumer section.

**FAIR AND ACCURATE CREDIT TRANSACTIONS ACT DISCLOSURE**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Case:19-12400-JGR   Doc#:430   Filed:08/19/21   Entered:08/19/21 11:17:45   Page21 of 21

THIS PAGE INTENTIONALLY LEFT BLANK