# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>SKYFUEL, INC.,<br>SSN/EIN: 64-0954414<br><br>Debtor. | Case No. 19-12400-JGR<br>Chapter 11 |

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the file and being advised in the premises,

DOES FIND that on July 25, 2022, Debtor filed a Certificate of Service (Doc. 438) pertaining to claim objections and notices filed more than one year earlier on July 16, 2021. This yearlong lapse violates L.B.R. 9013-1(a)(4)'s requirement that a certificate of service be filed not more than three days after the filing of the served document. The Certificate of Service states that service occurred on July 19, 2021. The noticed deadline to respond to the claim objections was August 18, 2021. Debtor has not filed certificates of non-contested matter regarding these claim objections. Accordingly, the Court

ORDERS that on or before **August 19, 2022**, Plaintiff shall show cause as to why the claim objections (Docs. 415, 416, 417, 418, 420, and 421) should not be dismissed for failure to prosecute. In the event Debtor fails to timely respond to this Order to Show Cause, the Court may deny the claim objections without further notice or hearing.

Dated this 9th day of August, 2022.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge