UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SKYFUEL, INC., ) | Case No. 19-12400-JGR |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO
CLAIM OF NORTH CHEROKEE PARTNERS, LLC**

SkyFuel, Inc., by and through its undersigned counsel, hereby withdraws SkyFuel, Inc.'s Objection to Claim of North Cherokee Partners, LLC (ECF No. 421) without prejudice, pursuant to the Notice of Settlement (ECF No. 426) filed on August 18, 2021.

Dated: August 19, 2022

Respectfully submitted,

AKERMAN LLP

 */s/ Amy M. Leitch*
Amy M. Leitch, #46837
50 North Laura Street, Suite 3100
Jacksonville, FL  32202
Telephone:     (904) 798-3700
Facsimile:     (904) 798-3730
amy.leitch@akerman.com

and

David W. Parham, SBN: 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:     (214) 720-4300
Facsimile:     (214) 981-9339
david.parham@akerman.com

COUNSEL FOR SKYFUEL, INC.

65972777;1

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2022, she served via the CM/ECF filing system a copy of the foregoing document to the following:

Kelsey Jamie Buechler on behalf of Petitioning Creditor Matthew Gray
jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler on behalf of Petitioning Creditor Nathan Schuknecht
jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Tiffiney Carney on behalf of Creditor United States
tiffiney.carney@usdoj.gov

Jonathan Dickey on behalf of Petitioning Creditor HAWE North America, Inc.
jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jonathan Dickey on behalf of Petitioning Creditor The Kinetic Co., Inc.
jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jonathan Dickey on behalf of Petitioning Creditor Wurth Timberline Fasteners,Inc.
jmd@kutnerlaw.com, vlm@kutnerlaw.com

Amy M. Leitch on behalf of Attorney Akerman LLP
amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Amy M. Leitch on behalf of Debtor Skyfuel, Inc.
amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Joli A. Lofstedt on behalf of Creditor Klein Design, Inc. d/b/a Common Good IT
joli@ofjlaw.com, bmoss@ecf.courtdrive.com

James Martin on behalf of Attorney Alliance for Sustainable Energy LLC
jim.martin@nrel.gov

Brian Moore on behalf of Petitioning Creditor GRIFFIN PARTNERS III-200UNION, L.P.
bmoore@jgllp.com

Alan K. Motes on behalf of U.S. Trustee US Trustee
Alan.Motes@usdoj.gov

David W. Parham on behalf of Debtor Skyfuel, Inc.
david.parham@akerman.com, teresa.barrera@akerman.com

Keri L. Riley on behalf of Creditor Committee Official Committee for Unsecured Creditors
klr@kutnerlaw.com, vlm@kutnerlaw.com

65972777;1

Matthew D. Skeen, Jr. on behalf of Creditor Kelly J Beninga
jrskeen@skeen-skeen.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Daniel J. Vedra on behalf of Creditor North Cherokee Partners LLC
Dan@vedralaw.com

David Wadsworth on behalf of Attorney Wadsworth Garber Warner Conrardy, P.C.
dwadsworth@wgwc-law.com, 7002299420@filings.docketbird.com;dtackett@wgwc-law.com

David Wadsworth on behalf of Debtor Skyfuel, Inc.
dwadsworth@wgwc-law.com, 7002299420@filings.docketbird.com;dtackett@wgwc-law.com


                                            */s/ Amy M. Leitch*
                                            Attorney

65972777;1