# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SKYFUEL, INC.** | ) | **Case No. 19-12400-JGR** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

SkyFuel, Inc., Debtor, ("SkyFuel" or "Debtor") by and through counsel, hereby responds to the Court's Order to Show Cause (Doc. 440) and respectfully states as follows:

Upon reviewing this matter[1] and the docket in preparation for filing the Application for Entry of a Final Decree and Motion to Close the Bankruptcy Case (the "Motion for Final Decree"), undersigned counsel for SkyFuel noted that the certificate of service, certificates of non-contested matters, and proposed orders for the claim objections (Docs. 416, 417, 418, and 420) (collectively, the "Claim Objections") were not yet filed, an inadvertent oversight. Upon further investigation, counsel confirmed that service was made and thus, filed a Certificate of Service (Doc. 438). Upon additional investigation, counsel confirmed that no formal or informal objections were filed or transmitted by the claimants at issue in the Claim Objections, and have filed the Movant's Certificates of Non-Contested Matter and Request for Entry of Order and proposed orders (Docs. 442, 443, 444, and 445) for all except for the Objection to Claim of Royal Tech Solar (Doc. 415) (the "Royal Tech Objection"). Though Royal Tech Solar did not file a response to the Royal Tech Objection, SkyFuel and Royal Tech Solar have been engaged in informal discussions and agree that SkyFuel owes Royal Tech Solar $16,480.00. A proposed Stipulation has been circulated to Royal Tech Solar and SkyFuel expects to receive the executed Stipulation shortly, whereupon SkyFuel will file it with a proposed Order for the Court's consideration and then file the Motion for Final Decree. On August 19, 2022, counsel filed a Notice of Withdrawal (Doc. 451) of the Objection to Claim of North Cherokee Partners, LLC (Doc. 421).

Dated: August 19, 2022

Respectfully submitted,

AKERMAN LLC

/s/ Amy M. Leitch
Amy M. Leitch, #46837
50 North Laura Street, Suite 3100
Jacksonville, FL  32202

---

[1] Undersigned counsel more recently returned from maternity leave.

65949946;1

2

Telephone: (904) 798-3700
Facsimile: (904) 798-3730
amy.leitch@akerman.com

and

David W. Parham, SBN: 15459500
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com

COUNSEL FOR DEBTOR